```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                Plaintiff,

    -v-

HOUSE 39 GARAGE LLC, *et ano*,

                Defendants.

**ORDER**

24-CV-9205 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated May 1, 2025, this case was referred to me for general pretrial and settlement. ECF No. 20.

    A conference is scheduled on **May 13, 2025,** at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 979 922 810#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: May 5, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1