USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                 Plaintiff,

-v-

HOUSE 39 GARAGE LLC, *et ano*,

                 Defendants.

**ORDER**

24-CV-9205 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

As discussed at today's conference, the parties are directed to confer and email Chambers by May 20, 2025, to propose dates when all parties are available for a settlement conference.

**SO ORDERED.**

Dated: May 13, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1